UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.1
Eastern Division

Mesa Digital LLC
                              Plaintiff,
v.                                           Case No.: 1:18−cv−00921
                                             Honorable Thomas M. Durkin
Blackberry Corporation
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, April 17, 2018:

MINUTE entry before the Honorable Thomas M. Durkin:Plaintiff's motion for extension of time for defendant to answer or otherwise plead [9] is denied. Counsel is directed to review this Court's 2/27/2018 order. No responsive pleading is to be filed until an informal patent conference is held. No appearance is required on 4/19/2018. Mailed notice(srn, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.